```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
   MAURICE R. POLK,                    )  CASE NO. CV 12-7831-JVS (PJW)
11                                     )
                  Petitioner,          )  ORDER TO SHOW CAUSE WHY PETITION
12                                     )  SHOULD NOT BE DISMISSED
                       v.              )
13                                     )
   TIM V. VIRGA, WARDEN,               )
14                                     )
                  Respondent.          )
15 _____)
```

16      On August 21, 2012, Petitioner constructively filed a Petition
17 for Writ of Habeas Corpus, seeking to challenge his 1997 state
18 conviction and sentence for second degree robbery with the use of a
19 firearm.  (Petition at 2.)  In the Petition, he claims that the trial
20 court's admission of the victim's testimony regarding the
21 perpetrator's height violated his right to a fair trial and that there
22 was insufficient evidence presented at the preliminary hearing to hold
23 him for trial.  (Petition at 5; attached Memorandum of Points and
24 Authorities.)  For the following reasons, Petitioner is ordered to
25 show cause why his Petition should not be dismissed because it is
26 time-barred.
27      State prisoners seeking to challenge their state convictions in
28 federal habeas corpus proceedings are subject to a one-year statute of

1  limitations.  28 U.S.C. § 2244(d).  Here, Petitioner did not file an
2  appeal of his conviction or sentence, thus his conviction became final
3  on March 31, 1997--60 days after he was sentenced and the time expired
4  for him to file an appeal.  *See Mendoza v. Carey*, 449 F.3d 1065, 1067
5  (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.2d 1057, 1060 (C.D.
6  Cal. 2001).  Therefore, the statute of limitations expired one year
7  later, on March 31, 1998.  *See Patterson v. Stewart*, 251 F.3d 1243,
8  1246 (9th Cir. 2001).  Petitioner did not file this Petition until
9  August 2012, more than 14 years after the deadline.  Accordingly,
10 absent tolling, the Petition is untimely and must be dismissed.
11      IT IS THEREFORE ORDERED that, no later than **October 15, 2012,**
12 Petitioner shall inform the Court in writing why this case should not
13 be dismissed with prejudice because it is barred by the statute of
14 limitations.  Failure to timely file a response will result in a
15 recommendation that this case be dismissed.
16      DATED:   September 13, 2012

                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\POLK, M 7831\OSC dismiss pet.wpd