UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE R. POLK, | ) | CASE NO. CV 12-7831-JVS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| TIM V. VIRGA, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   December 5, 2012.

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - Polk v. Virga - Judgment.wpd