UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE R. POLK,<br><br>  Petitioner,<br><br>  v.<br><br>TIM V. VIRGA, WARDEN,<br><br>  Respondent. | CASE NO. CV 12-7831-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 5, 2012.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - Polk v. Virga - Judgment.wpd